<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-6941**

---

FELIX ORIAKHI,

                              Plaintiff - Appellant,

        versus

DOUGLAS   BIALESE,   Drug   Enforcement   Agent;
ANTHONY CANNAVALE, DEA; ROBERT HARDING, AUSA;
U. S. DRUG ENFORCEMENT AGENCY,

                              Defendants - Appellees.

---

**No. 95-8601**

---

FELIX ORIAKHI,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

---

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Frank A. Kaufman, Senior District Judge.
(CA-93-3574-K, CA-95-1396-K, CR-90-72-K)

---

Submitted:  May 16, 1996                    Decided:  May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Felix Oriakhi, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Felix Oriakhi appeals the district court's denials of his motions for return of property. We have reviewed the record and the district court's opinions and find no reversible error. As to Appeal No. 95-6941, we affirm on the reasoning of the district court. Oriakhi v. Bialese, No. CA-93-3574-K (D. Md. June 6, 1995).

As to Appeal No. 95-8601, we affirm substantially on the reasoning of the district court. Oriakhi v. United States, Nos. CR-90-72-K; CA-95-1396-K (D. Md. Dec. 22, 1995). While we find that Oriakhi's claim for return of property is more properly construed as a motion pursuant to Fed. R. Crim. P. 41(e), we affirm the district court's denial of relief on this claim on the grounds of res judicata and/or collateral estoppel. As for Oriakhi's claims regarding double jeopardy and sentencing, we affirm the district court's determination that such claims are more properly brought pursuant to 28 U.S.C. § 2255 (1988). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED